UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROMANTIC TOURS, INC.,

    Plaintiff,

v.                Case No. 8:10-cv-1072-T-30TGW

WHOIS PRIVACY PROTECTION
SERVICE, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #5). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1072.dismiss 5.wpd