IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ROMANTIC TOURS, INC.,
a Florida corporation,

    Plaintiff,

v.                                        CASE NO: 8:10-CV-1072-T-30TGW

WHOIS PRIVACY PROTECTION
SERVICE, INC. a Nevada Corporation,
JIMSLISTS.COM, an entity of
unknown origin, JIM McDONALD,
and DOES 1-5.
    Defendants,
_____/

**FINAL JUDGMENT**

    THIS CAUSE having come to be considered upon the Plaintiff ROMANTIC TOURS, INC's' Motion for Final Default Judgment (Doc. 39) and the Court having held an evidentiary hearing on January 17, 2012, and for the reasons stated on the record, it is,

    ORDERED AND ADJUDGED that:

    1.    The clerk's default entered against Defendant JIM McDONALD ("McDonald") is duly confirmed in all respects.

    2.    Plaintiffs' Motion for Final Default Judgment (Doc. 39) is GRANTED IN PART.

    3.    Plaintiff is awarded and shall recover from Defendant McDonald Three Hundred Sixty Thousand Dollars ($360,000.00) in actual damages, One Hundred Thousand Dollars ($100,000.00) in reputation damages, and Fifty Thousand Dollars ($50,000.00) in punitive damages for a total amount due of Five Hundred Ten Thousand Dollars ($510,000.00).

    4.    The Clerk shall enter judgment in favor of Plaintiff and against Defendant McDonald in the amount of $510,000.00 which shall bear interest at the legal statutory rate.

2

     5.     Within fourteen (14) days of the date of this Order Plaintiff may file a Bill of Costs for this Court's review.

     6.     The Clerk shall terminate any pending motions and close this case.

**DONE and ORDERED** in Tampa, Florida on January 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record